# O'DESS and ASSOCIATES S.C.
**ATTORNEYS AT LAW**

1414 Underwood Avenue
Suite 403
Wauwatosa, WI 53213

(414) 727-1591 Main
(414) 727-1590 Fax

---

Karl J. Foster, Esq.
Riverwest Law Firm
814 E. Center Street
Milwaukee, WI 53212

RE:  In re: *Julius Dwaine Coates*
      Case No. 17-26959-KMP

Dear Counselor:

Pursuant to the order dated December 4, 2017, NJCC Fund #5 Trust ("Creditor") renews the motion for relief from automatic stay and abandonment with respect to the real property located at 4634-4636 N. 68th Street, Milwaukee, Wisconsin 53218 (the "Property"), due to debtor's failure to maintain post-petition payments as they came due for July 1, 2018, through May 1, 2019, at $842.27, each; or $9,264.97 total payment delinquency. A copy of the order and post-petition payment history is attached.

**If you do not want the court to grant relief from the automatic stay or abandonment, or if you want the court to consider your views on this renewed motion then within 14 days of the date indicated on this letter, you or your attorney must file with the court a written response explaining your position and requesting a hearing with the court. The failure to do so may result in the court granting the relief requested in the original motion, including termination of the automatic stay and abandonment of the Property from the bankruptcy estate.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the __20__ day of ___June___, 2019, he caused a copy of this renewed motion to be served by U.S. mail on debtor, Julius Coates, 4634 N. 68th St., Milwaukee, WI 53218, and on the same date by electronic means *via* CM/ECF on debtor's counsel, Karl J. Foster; and, on the chapter 13 trustee, Scott Lieske, and the office of the United States Trustee.

Very truly yours,

*D. Alexander Martin*
Digitally signed by D. Alexander Martin
Date: 2019.06.20 11:31:38 -05'00'

D. Alexander Martin
Attorneys for Creditor

**O'Dess and Associates, S.C., is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a Chapter 7 Discharge in Bankruptcy, this correspondence should not be construed as an attempt to collect a debt.**

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 4, 2017



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

In re:                              Chapter 13
JULIUS DWAINE COATES,               Case No. 17-26959-SVK
    Debtor.
_____

ORDER APPROVING STIPULATION
_____

The Court has reviewed the Stipulation filed 12/1/2017 between the Debtor and Federal Nation Mortgage Association ("Fannie Mae"), a Corporation Organized and Existing under the Laws of the United States of America, resolving the Motion for Relief from Stay and Abandonment as to 4634-4636 N. 68th Street, Milwaukee, WI 53218. The Stipulation includes a "doomsday provision" for a payment that may be overdue by the time this Order becomes effective.

IT IS THEREFORE ORDERED: the Stipulation, which is attached to this order, is approved, and the parties are authorized to act in accordance with its terms.

IT IS FURTHER ORDERED: the Court will not enforce a "doomsday provision" (but may enforce a letter renewal to which no objection was filed) for any post-petition payment defaults prior to the effective date of this Order. The effective date of this Order is 14 days after entry.

#####

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  
JULIUS DWAIN COATES,  
Debtor.

Chapter 13  
Case No. 17-26959-SVK

STIPULATION ON MOTION FOR RELIEF FROM AUTOMATIC STAY
AND ABANDONMENT OF FEDERAL NATIONAL MORTGAGE ASSOCIATION
("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING
UNDER THE LAWS OF THE UNITED STATES OF AMERICA
RE: PROPERTY LOCATED AT:
4634-4636 N. 68th Street, Milwaukee, Wisconsin 53218

Whereas, Debtor having filed an objection to the Motion for Relief from Automatic Stay and Abandonment of Federal National Mortgage Association ("Fannie Mae"), a Corporation Organized and Existing Under the Laws of the United States of America ("Movant"); and,

Whereas, the parties having arrived at an agreement resolving the post-petition default set forth in the Motion;

Now, Therefore, It Is Hereby Stipulated and Agreed as follows:

**TERMS:**

1. That Movant may file a supplemental claim in the amount of $4,232.94 for the post-petition arrearage; consisting of monthly mortgage payment which came due August 1, 2017 through September 1, 2017, at $931.18, each, and October 1, 2017 through November 1, 2017, at $842.27, each; minus un-applied funds of $344.96 in suspense; plus $850.00 for

Drafted by:

O'Dess and Associates, S.C.
1414 Underwood Avenue, Suite 403
Wauwatosa, Wisconsin 53213
(414) 727-1591
(414) 727-1590 fax

1

attorneys' fees and $181.00 for the Motion for Relief filing fee. The Standing Trustee is authorized and directed to pay from funds of the estate a supplemental claim filed pursuant to an Order on this Stipulation.

2. That commencing with the December 1, 2017 payment, Debtor shall resume making regular post-petition mortgage payments directly to Movant when due. Until further notice, the monthly payment is $842.27 and monthly payments shall be sent exclusively to: Seterus Inc., P.O. Box 54420, Los Angeles, CA 90017.

3. That Movant is granted a doomsday provision on all heretofore tendered payments and on all payments from December 1, 2017, through May 1, 2018. That, if any previously tendered payments return insufficient funds or if Debtor for any reason fails to timely make any payment due beginning December 1, 2017 through May 1, 2018, upon the filing of a statement of default with notice to Debtor and counsel for Debtor, Movant shall be entitled to submit an order granting the relief requested in the original motion, including relief from automatic stay and abandonment.

4. Thereafter, in the event Debtor fails to timely make any payments to Movant or breaches any of the remaining terms and conditions of the note and mortgage, Movant may renew its Motion for Relief from the Automatic Stay and Abandonment for the remainder of this case by letter request to the Court and without the need to pay an additional filing fee.

Drafted by:

O'Dess and Associates, S.C.
1414 Underwood Avenue, Suite 403
Wauwatosa, Wisconsin 53213
(414) 727-1591
(414) 727-1590 fax

2

Dated this 1 day of December, 2017.

        O'DESS AND ASSOCIATES, S.C.
        Attorneys for Movant

        By:    D. Alexander Martin
              State Bar ID No. 1046591

Dated this 30 day of November, 2017.

        RIVERWEST LAW FIRM
        Attorneys for Debtor

        By:    Karl J. Foster
              State Bar ID No. 1088721

Dated this _____ day of _____, 2017.

        NO OBJECTION:

        Office of Chapter 13 Standing Trustee

        Trustee Scott Lieske
        State Bar ID No. _____
        Attorney Robert W. Stack
        State Bar ID No. 1033733
        Attorney Sandra M. Baner
        State ID No. 1018992
        Attorney Christopher Schimke
        State Bar ID No. _____

Dated this _____ day of _____, 2017.

                          O'DESS AND ASSOCIATES, S.C.
                          Attorneys for Movant

                          By:    D. Alexander Martin
                                  State Bar ID No. 1046591

Dated this _____ day of _____, 2017.

                          RIVERWEST LAW FIRM
                          Attorneys for Debtor

                          By:    Karl J. Foster
                                  State Bar ID No. _____

Dated this _____ day of _____, 2017.

                          NO OBJECTION:

                          Office of Chapter 13 Standing Trustee

                          */s/ Sandra M. Baner*
                      for Trustee Scott Lieske
                          State Bar ID No._____
                          Attorney Robert W. Stack
                          State Bar ID No. 1033733
                          Attorney Sandra M. Baner
                          State ID No. 1018992
                          Attorney Christopher Schimke
                          State Bar ID No. _____

# PAYMENT HISTORY

**PAYMENT HISTORY PER MSP**

| LOAN NUMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FILING DATE | 7/17/2017 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PAYMENTS IN POC | 4/1/16-7/1/17; 8/1/17-11/1/17 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FIRST POST-PETITION DUE DATE | 8/1/2017 | | | | | | | | | | | | | | | | | | | | | | | | | | |

### INCOMING FUNDS / PRE-PETITION PAYMENTS / POST-PETITION PAYMENTS

| DATE | PRE-PETITION FUNDS | POST-PETITION FUNDS | PRIN | INT | ESCR | Other | PRIN | INT | ESCR | Other | Phonepay Fee | POST PYMT | CONTR PYMT | CLAIM PYMT | PMT AMT | TOTAL POST-PMT POSTED | TO-FROM TRUSTEE SUSP | TRUSTEE SUSP BAL | TO-FROM DEBTOR SUSP | DEBTOR SUSP BAL | TOTAL MSP SUSP BAL | PAYMENT AMOUNT | Phonepay Fee | MANUAL SUSP | MANUAL SUSP BAL | MANUAL POST PYMT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **STARTING BALANCES** | | | | | | | | | | | | | | | | | | 344.96 | | | 344.96 | | | | | | ao entered; reg pmts to resume 12/1/17; borrower post due for 8/1/17-9/1/17 @ $931.18 each = $1862.36; 10/1/17-11/1/17 @ $842.27 each = $1684.54; atty fees and cost $1031; less suspense ($344.96) = $4232.94 |
| 2/7/2018 | $842.27 | | | | | | | | | | | | | 4/1/2016 | | | | 344.96 | 842.27 | 842.27 | 1,187.23 | $842.27 | | $ - | $ - | 12/1/2017 | |
| 2/9/2018 | | | | | | | $158.81 | $306.40 | $685.46 | | | | 4/1/2016 | 4/1/2016 | 1,150.67 | $(1,150.67) | | (805.71) | | 842.27 | 36.56 | | | $ - | $ - | | |
| 3/6/2018 | $842.27 | | | | | | | | | | | | | | | | | | (805.71) | 842.27 | 1,684.54 | 878.83 | $842.27 | | $ - | $ - | 1/1/2018 | |
| 4/3/2018 | $842.27 | | | | | | | | | | | | | | | | | | (805.71) | 842.27 | 2,526.81 | 1,721.10 | $842.27 | | $ - | $ - | 2/1/2018 | |
| 5/22/2018 | | | | | | | $159.67 | $305.54 | $465.97 | | | | 5/1/2016 | 5/1/2016 | 931.18 | 931.18 | (931.18) | (1,736.89) | | 2,526.81 | 789.92 | | | $ - | $ - | | |
| 7/16/2018 | $842.27 | | | | | | $160.53 | $304.68 | $465.97 | | | | 6/1/2016 | 6/1/2016 | 931.18 | 931.18 | (931.18) | (2,668.07) | 842.27 | 3,369.08 | 701.01 | $842.27 | | $ - | $ - | 3/1/2018 | |
| 11/8/2018 | $4,232.94 | | | | | | $161.40 | $303.81 | $685.46 | | | | 7/1/2016 | 7/1/2016 | 1,150.67 | $3,082.27 | (3,082.27) | 414.20 | | 3,369.08 | 3,783.28 | | | $ - | $ - | | |
| 11/15/2018 | $515.16 | | | | | | $162.28 | $302.93 | $685.46 | | | | 8/1/2016 | 8/1/2016 | 1,150.67 | $1,150.67 | (635.51) | (221.31) | | 3,369.08 | 3,147.77 | | | $ - | $ - | | |
| 11/29/2018 | $515.16 | | | | | | $163.16 | $302.05 | $685.46 | | | | 9/1/2016 | 9/1/2016 | 1,150.67 | $1,150.67 | (635.51) | (856.82) | | 3,369.08 | 2,512.26 | | | $ - | $ - | | |
| 11/29/2018 | | | | | | | $164.04 | $301.17 | $519.89 | | | | 10/1/2016 | 10/1/2016 | 985.10 | 985.10 | (985.10) | (1,841.92) | | 3,369.08 | 1,527.16 | | | $ - | $ - | | |
| 12/19/2018 | $842.27 | | | | | | $164.93 | $300.28 | $377.06 | | | | 11/1/2016 | 11/1/2016 | 842.27 | 842.27 | (842.27) | (2,684.19) | 842.27 | 4,211.35 | 1,527.16 | $842.27 | | $ - | $ - | 4/1/2018 | |
| 12/27/2018 | $515.16 | | | | | | $165.82 | $299.39 | $377.06 | | | | 12/1/2016 | 12/1/2016 | 842.27 | 842.27 | (327.11) | (3,011.30) | | 4,211.35 | 1,200.05 | | | $ - | $ - | | |
| 1/1/2019 | $842.27 | | | | | | $166.72 | $298.49 | $377.06 | | | | 1/1/2017 | 1/1/2017 | 842.27 | 842.27 | (842.27) | (3,853.57) | 842.27 | 5,053.62 | 1,200.05 | $842.27 | | $ - | $ - | 5/1/2018 | |
| 1/30/2019 | $515.16 | | | | | | $167.62 | $297.59 | $377.06 | | | | 2/1/2017 | 2/1/2017 | 842.27 | 842.27 | (327.11) | (4,180.68) | | 5,053.62 | 872.94 | | | $ - | $ - | | |
| 2/28/2019 | $515.16 | | | | | | $168.53 | $296.68 | $685.46 | | | | 3/1/2017 | 3/1/2017 | 1,150.67 | 1,150.67 | (635.51) | (4,816.19) | | 5,053.62 | 237.43 | | | $ - | $ - | | |
| 3/27/2019 | $515.16 | | | | | | | | | | | | | | | | 515.16 | (4,301.03) | | 5,053.62 | 752.59 | | | $ - | $ - | | |
| 4/5/2019 | $842.27 | | | | | | $169.44 | $295.77 | $377.06 | | | | 4/1/2017 | 4/1/2017 | 842.27 | 842.27 | (842.27) | (5,143.30) | 842.27 | 5,895.89 | 752.59 | $842.27 | | $ - | $ - | 6/1/2018 | |
| 5/1/2019 | $515.16 | | | | | | $170.36 | $294.85 | $685.46 | | | | 5/1/2017 | 5/1/2017 | 1,150.67 | 1,150.67 | (635.51) | (5,778.81) | | 5,895.89 | 117.08 | | | $ - | $ - | | |
| | | | | | | | | | | | | | | | | | | (5,778.81) | | 5,895.89 | 117.08 | | | $ - | $ - | | borrower post due for 7/1/18-5/1/19 @ $842.27 each = $9264.97 |
| | | | | | | | | | | | | | | | | | | (5,778.81) | | 5,895.89 | 117.08 | | | $ - | $ - | | |
| | | | | | | | | | | | | | | | | | | (5,778.81) | | 5,895.89 | 117.08 | | | $ - | $ - | | |
| | | | | | | | | | | | | | | | | | | (5,778.81) | | 5,895.89 | 117.08 | | | $ - | $ - | | |
| | | | | | | | | | | | | | | | | | | (5,778.81) | | 5,895.89 | 117.08 | | | $ - | $ - | | |
| | | | | | | | | | | | | | | | | | | (5,778.81) | | 5,895.89 | 117.08 | | | $ - | $ - | | |
| | | | | | | | | | | | | | | | | | | (5,778.81) | | 5,895.89 | 117.08 | | | $ - | $ - | | |
| | | | | | | | | | | | | | | | | | | (5,778.81) | | 5,895.89 | 117.08 | | | $ - | $ - | | |

### POST-PETITION PAYMENT CHANGES

| EFFECTIVE | 8/1/2017 | 10/1/2017 | |
|---|---|---|---|
| AMOUNT | $931.18 | $842.27 | |